# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Christopher O. Belk, II                                Docket No. 5:11-MJ-1718-1

## Petition for Action on Probation

COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher O. Belk, II, who, upon an earlier plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C. § 844(a), was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on March 6, 2012, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 15 days as directed by the probation office, and shall abide by all rules and regulations of the designated facility. The US Probation Office will arrange the reporting date for the defendant and it shall be arranged for the defendant to serve the 15 days consecutively.

On June 6, 2012, a Violation Report was submitted to the court due to the defendant being charged with Driving While License Revoked On Fort Bragg Military Reservation. At that time, the court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 6, 2012, Belk committed the offenses of Driving While License Revoked (12 CR 703888), Speeding, and Failure to Secure Passenger Under 16 (12 CR 703887), in Chatham County, North Carolina. Belk admitted to this probation officer that he operated a motor vehicle while not properly licensed. As a sanction for this conduct, and in an effort to deter future criminal conduct, we are recommending that the conditions of probation be modified to include three days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Christopher O. Belk
Docket No. 5:11-MJ-1718-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of three days commencing as soon as can be scheduled by his probation officer and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Keith W. Lawrence |
| Robert K. Britt | Keith W. Lawrence |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: September 12, 2012 |

## ORDER OF COURT

Considered and ordered this 21st day of September, 2012, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge